STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CAMILLE LANDRY, ET AL.

VERSUS

PSA OF LAFAYETTE, LLC, ET AL.

\*\*\*\*\*\*\*\*\*\*

ON REHEARING

\*\*\*\*\*\*\*\*\*\*

MARC T. AMY
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Marc T. Amy, and J. David Painter, Judges.

**AFFIRMED.**

Saunders, J., dissents for reasons assigned on original majority opinion.

Eve B. Masinter
Breazeale, Sachse & Wilson
909 Poydras, Suite 1500
New Orleans, LA 70112-4004
(504) 619-1800
COUNSEL FOR DEFENDANT/APPELLEE:
        Pediatric Services of America, Inc.

Roy C. Cheatwood
Monica A. Frois
Brandy N. Sheely
Baker Donelson Bearman Caldwell & Berkowitz, P.C.
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170-3600
(504) 566-5200
COUNSEL FOR DEFENDANT/APPELLEE:
        Pediatric Services of America, Inc.

**J. Michael Veron**
**J. Rock Palermo, III**
**Veron, Bice, Palermo & Wilson**
**Post Office Box 2125**
**Lake Charles, LA   70602-2125**
**(337) 310-1600**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
     **Monica Ann Frois**
     **Pediatric Services of America, Inc.**

**William W. Stagg**
**Ryan M. Goudelocke**
**Durio, McGoffin, Stagg & Ackermann, P.C.**
**Post Office Box 51308**
**Lafayette, LA   70505-1308**
**(337) 233-0300**
**COUNSEL FOR DEFENDANT/APPELLEE:**
     **Women's and Children's Hospital, Inc.**

**John L. Hammons**
**Annis Cornell Rushing Flournoy**
**Chaile Allen**
**Nelson & Hammons**
**705 Milam Street**
**Shreveport, LA   71101**
**(318) 227-2401**
**COUNSEL FOR PLAINTIFFS/APPELLANTS:**
     **Ryan D. Landry, et al.**

**Marc W. Judice**
**James J. Hautot, Jr.**
**Judice & Adley (A Professional Law Corporation)**
**Post Office Drawer 51769**
**Lafayette, LA   70505-1769**
**(337) 235-2405**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
     **Dr. Cong T. Vo**
     **Dr. Rosaire Josseline Belizaire**

**James P. Lambert**
**Post Office Box 53083**
**Lafayette, LA   70505-3083**
**(337) 261-3737**
**COUNSEL FOR PLAINTIFFS/APPELLANTS:**
     **Camille Landry, et al.**

**Stewart E. Niles, Jr.**
**Michelle A. Bourque**
**Niles, Bourque & Fontana, LLC**
**909 Poydras Street, 35th Floor**
**New Orleans, LA   70112**
**(504) 310-8550**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **The Administrators of the Tulane Educational Fund**

**Daniel G. Brenner**
**Eric John Miller**
**R. Preston Mansour, Jr.**
**Bolen, Parker, Brenner & Lee, LTD**
**Post Office Box 11590**
**Alexandria, LA   71315-1590**
**(318) 445-8236**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
    **Daniel G. Brenner**
    **R. Preston Mansour, Jr.**

**Nadia de la Houssaye**
**Jones, Walker, Waechter, Poitenvent, Carrère & Denègre, L.L.P.**
**Post Office Box 3408**
**Lafayette, LA   70502-3408**
**(337) 539-7600**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
    **Dr. Vasanth Nalam**
    **Louisiana Patient's Compensation Fund**

**AMY, Judge.**

The plaintiffs filed the initial appeal in this matter after a jury determined that the defendant medical equipment provider violated a duty owed to their minor child, but that the defendant's negligence did not cause the injury or damages alleged. This court affirmed the judgments under review. *See Landry v. PSA of Lafayette, LLC*, 12-277 (La.App. 3 Cir. 11/7/12), _ So.3d _ (Saunders, J., dissenting).

The plaintiffs filed an application for rehearing, which was subsequently granted. After consideration on rehearing, the judgment of the trial court on the merits of this matter and the judgment denying the motions for judgment notwithstanding the verdict are affirmed for the reasons set forth in the original majority opinion released on November 7, 2012. All costs of this proceeding are assessed to the applicants on rehearing, Camille Landry and Ryan Landry.

**AFFIRMED.**